# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Eastern District of Kentucky |
|---|---|---|
| Name (under which you were convicted): Kenneth Lester Mullikin, Jr. | | Docket or Case No.: 09-00035-DCR |
| Place of Confinement: FCI Fort Worth | | Prisoner No.: 13041-032 |
| UNITED STATES OF AMERICA v. | | Movant (include name under which you were convicted) Kenneth Lester Mullikin, Jr. |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court for the Eastern District of Kentucky,
   Northern Division, Covington

   (b) Criminal docket or case number (if you know): 09-00035-DCR

2. (a) Date of the judgment of conviction (if you know): 1/13/2010

   (b) Date of sentencing: 1/13/2010

3. Length of sentence: 97 months - lifetime supervised release

4. Nature of crime (all counts):

   Counts 1, 2, 3, 4 and 5 - Knowingly receiving child pornography shipped in interstate commerce via the Internet
   Count 6 - Possession of child pornogrphy shipped in interstate commerce via the Internet
   Count 7 - Forfeiture of property used in commission of Counts 1-6

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   Plead guilty to Count 5 and Count 7

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☐
8. Did you appeal from the judgment of conviction?                          Yes ☑     No ☐
9. If you did appeal, answer the following:
   (a) Name of court:   Sixth Circuit Court of Appeals
   (b) Docket or case number (if you know):   10-5047
   (c) Result:   Judgment affirmed
   (d) Date of result (if you know):   2/8/2012
   (e) Citation to the case (if you know):   Not recommended for publication
   (f) Grounds raised:
   See attached.




   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know):
       (2) Result:

       (3) Date of result (if you know):
       (4) Citation to the case (if you know):
       (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☑
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏  No ❏

    (7) Result:

    (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏  No ❏

    (7) Result:

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ❏  No ❏

    (2) Second petition:  Yes ❏  No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

Ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: Court of Appeals "declined to address the ineffective assistance of counsel claims on direct appeal in light of a record that is not adequately developed."

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❑  No ❑
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❑  No ❑
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ❑  No ❑
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ❑  No ❑
    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ❑  No ❑
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❑   No ❑
    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❑   No ❑
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):
    Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❏ No ❏

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ❏ No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ❏ No ❏

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ❏ No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ❏ No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ❑   No ❑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing:

    (b) At arraignment and plea:
    Mark A. Bubenzef, Esq., 101 St. Clair St., P.O. Box 1423, Frankfort, KY 40602
    (c) At trial:
    Wende C. Cross, Esq., 3460 Reading Rd., Cincinnati, OH 45229
    (d) At sentencing:
    Dennis F. Aldering, Esq., 303 Greenup St., Suite 300, Covington, KY 41011

(e) On appeal:

Timothy F. Sweeney, Esq., 820 Building, Suite 430, 820 W. Superior Ave., Cleveland, OH 44113

(f) In any post-conviction proceeding:


(g) On appeal from any ruling against you in a post-conviction proceeding:



16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❏  No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❏ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:


    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ❏   No ☑

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

   Not applicable. Mullikin's conviction became final on February 8, 2012, the expiration of the 90 day period within which he could have petitioned the United States Supreme Court for certiorari to review the decision of the Sixth Circuit. This petition is being filed within one year of February 8, 2012 and is therefore timely.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)
H. Louis Sirkin (0024573)
Santen & Hughes, L.P.A.
600 Vine Street, Suite 2700
Cincinnati, Ohio 45202

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

## Attachment to Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody

9. (F) Grounds raised in appeal:

    A.    Whether the failure of Mullikin's trial counsel to file a meritorious suppression motion that would have gutted the government's case constitutes ineffective assistance of counsel in violation of the sixth Amendment.

    B.    Whether Mullikin's guilty plea was unknowing and involuntary, and the result of his trial counsel's ineffectiveness, all stemming from the fact that counsel never informed Mullikin before his plea that the government's case against him was based exclusively upon evidence that had been unlawfully seized and was subject to suppression under controlling law.

    C.    Whether the trial court abused its discretion in denying Mullikin's pre-sentencing motion to withdraw his guilty plea because Mullikin had established "fair and just" grounds for withdrawing the plea.

12. (a)

    1.    The failure of trial counsel to file a suppression motion that would have gutted the government's case constitutes ineffective assistance of counsel in violation of the Sixth Amendment.

    2.    The guilty plea was unknowing and involuntary, and the result of his trial counsel's ineffectiveness, all stemming from the fact that counsel never informed him before his plea that the government's case against him was based exclusively upon evidence that had been unlawfully seized and was subject to suppression under controlling law from any one or all of the following reasons:

        a)    initial search warrant was issued without sufficient facts to establish probable cause and the information contained in the affidavit was stale;

        b)    execution of the initial search warrant exceeded the scope of the warrant and evidence seized was not authorized;

        c)    additional search warrants were based upon information obtained as "fruits of the poisonous tree."

502974.1